Daniel Eli, Esq., State Bar No. 192019
deli@blackcompeanhall.com
Adam A. Wright, Esq. State Bar No. 143990
awright@blackcompeanhall.com
**BLACK, COMPEAN, HALL & ELI**
A Limited Liability Partnership
700 South Flower Street, Suite 3350
Los Angeles, California 90017
Telephone: (213) 629-9500
Facsimile: (213) 629-4868

Attorneys for Plaintiff, St. Paul Protective Insurance Company fka Northbrook Property and Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ST. PAUL PROTECTIVE INSURANCE COMPANY, fka NORTHBROOK PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANLIN INDUSTRIES, a California corporation,<br><br>Defendant. | Case No. SACV 11-0412 AG (RNBx)<br>[Assigned to Judge Andrew Guilford]<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

## ORDER

Pursuant to the Stipulation for Dismissal of the parties under FRCivP Rule 41, the entire action is hereby dismissed with prejudice.

Dated: May 3, 2012

Andrew J. Guilford
Federal District Court Judge

-1-

[PROPOSED] ORDER OF DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, Jodie Alamillo, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 South Flower Street, Suite 3350, Los Angeles, California 90017.

On May 2, 2012, I served the foregoing document described as: **[PROPOSED] ORDER OF DISMISSAL** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James H. Wilkins, Esq.
Wilkins, Drolshagen & Czeshinski LLLP
6785 North Willow Avenue
Fresno, CA 93710
(559) 438-2390; Fax (559) 438-2393
Attys for Defendant ANLIN INDUSTRIES

[x] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[x] I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with U.S. Postal Service on that same day in the ordinary course of business, in a sealed envelope with postage thereon fully prepaid.

[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, 2012 at Los Angeles, California.

_____
Jodie Alamillo